# Exhibit B

**In the Matter Of:**

*DEREK SCHALL*

*vs*

*SUZUKI MOTOR OF AMERICA, INC., ET AL.*

———————————————————————

**Jeffrey D. Hyatt**

*August 08, 2018*

———————————————————————

1       A.      It is a four-year bachelor of science

2    degree from the University System of Georgia.

3       Q.      Are you a mechanical engineer?

4       A.      I have a degree in mechanical engineering

5    technology, but I do not have an engineering

6    license.  So that has some distinctions under the

7    rules of engineering in Georgia.

8       Q.      Are you considered a technologist or a

9    technician?

10      A.      No, because the background, my background

11   is in an engineering discipline, and I'm authorized

12   to take the engineering exam if I so choose.

13      Q.      And you've taken it once?

14      A.      I have.

15      Q.      And how did you do?

16      A.      I didn't pass it.

17      Q.      Have you taken it again?

18      A.      No.

19      Q.      And you took it in '98?

20      A.      '08.

21      Q.      2008.  On your CV you say you took a state

22   of Georgia Fundamentals of Engineering exam in 1998?

23      A.      Correct.

24      Q.      That was for engineers in training?

25      A.      That is a Fundamental of Engineering exam

```
 1    that is an eight-hour exam to -- basically it covers
 2    the basics of engineering principles.  It's a
 3    precursor to taking the BE exam.
 4         Q.    Have you ever had a motorcycle license?
 5         A.    No.
 6         Q.    Ever taken a motorcycle training course?
 7         A.    No.
 8         Q.    Have you ever owned a motorcycle?
 9         A.    No.
10         Q.    Have you ever ridden a 2007 GSX-R600?
11         A.    No.
12         Q.    Have you ever ridden any GSX-R600?
13         A.    Not a 600.
14         Q.    And as to any GSX-R, I think you've told
15    me you rode one in a parking lot for a few feet?
16         A.    Well, when I -- and since we've last
17    talked, I rode the Malouf bike, the test bike, again
18    when we set it up for the most recent testing, and I
19    rode it in the ATS parking lot for several laps.
20         Q.    But not for testing purposes?
21         A.    For my own testing and feeling, but when
22    the official test came, we hired a rider.
23         Q.    Are your opinions fully disclosed in the
24    reports that you've prepared in this matter?
25         A.    Except for the demonstrative evidence that
```

```
 1   documented.
 2        Q.    And I think that a word description of
 3   that is perhaps on page 6 of your report?
 4        A.    Are you asking a question, or?
 5        Q.    I'm just confirming that.
 6        A.    Right.  Yeah, the procedure is basically
 7   here on page 6.
 8        Q.    And was the lever taken to the grip, or
 9   was it taken to a point at five millimeters away
10   from the grip?
11        A.    As close to the grip as I could get just
12   to give it full travel.  I didn't try to stand off
13   the five millimeter.  But I didn't want to have grip
14   force, you know, pushing into the grip affecting the
15   reading.
16        Q.    And just to be specific, this was done in
17   a laboratory with the motorcycle not running, the
18   engine wasn't running?
19        A.    Correct.
20        Q.    It was on the kickstand, on the side
21   stand?
22        A.    I think it was -- actually, I was on it
23   sitting up, so I stood it up off the kickstand.
24        Q.    But it was, in other words, static, if you
25   will?
```

1    A.    It was.

2    Q.    Okay.  Then let's go to page 7 of your

3    report.  This is still the Exhibit 3, which is the

4    October 2017 report.  Tell me what Figures 9 and 10

5    are.

6    A.    Figures 9 and 10 are a pre-2004 Suzuki

7    GSX-R master cylinder, commonly referred to in

8    industry parlance as the "axial design master

9    cylinder."

10    Q.    And Figure 10 shows the piston has been

11    removed from the bore?

12    A.    It has.

13    Q.    And the piston in this master cylinder is

14    made of zinc?

15    A.    It is.

16    Q.    As far as you know is it the same zinc

17    material that was in Mr. Schall's piston?

18    A.    I haven't analyzed it.  I don't know that

19    it's going to be a Zamak 5, but it's very likely

20    that it is.

21    Q.    And are you -- am I correct that you

22    believe that this was an example of a safer

23    alternative design that was available to be used in

24    Mr. Schall's motorcycle?

25    A.    Well, what I pointed out is is that this

```
 1   and the analysis of the material and its positioning

 2   and my experience with the other pistons that I have

 3   examined in other cases, and the material is

 4   absolutely consistent with zinc corrosion of the

 5   piston at the steel spring interface.

 6        Q.    Now, when you say the material, are you

 7   referring to only the XRD analysis done here at ATS?

 8        A.    The corrosion product, when I say the

 9   material.  The corrosion product that we removed,

10   but I also observed and some of it wasn't removed.

11        Q.    So that's the basis for that Opinion 1?

12        A.    Yes.

13        Q.    Now, would I be correct to understand that

14   you cannot say as a matter of reasonable engineering

15   certainty when that corrosion began?

16             MR. ELLIS:  Objection.

17             MR. RIGGS:  What's the objection?

18             MR. ELLIS:  I mean, reasonable certainty

19   isn't the standard.  It's reasonable probability, so

20   it's a misleading question.  But go ahead.

21   BY MR. RIGGS:

22        Q.    Go ahead.

23             MR. CASHEN:  Go ahead and answer.

24        A.    Okay.  No, I cannot say exactly when it

25   began.  It definitely began when it was still
```

```
 1    assembled in the motorcycle.  The unknown, Dr. Pound
 2    doesn't know.  I can't tell you exactly when it is
 3    that it began.  But it is and was present at the
 4    time of disassembly of it in April of 2014.
 5    BY MR. RIGGS:
 6        Q.    Would it also be correct that you have no
 7    opinion as to the quantity of zinc, if any, that had
 8    alluded or dissolved as of the date of the accident?
 9        A.    No.
10        Q.    You agree with that, you don't have an
11    opinion?
12        A.    I don't have an opinion on that.
13        Q.    Would I be correct to understand that you
14    do not have any opinion as to the amount or
15    percentage of water, if any, that was in the brake
16    fluid as of the time of the accident in July of
17    2013?
18        A.    Well, in our experience it would probably
19    not be less than what was measured, but I don't know
20    what it was the day of the accident, versus, you
21    know, the day it was tested.
22        Q.    And would I -- wouldn't it be reasonable
23    to assume that while you say it wasn't less than, in
24    all probability it increased between the date of the
25    accident and the date that the fluid was sampled?
```

1    Q.    You'd defer to your testimony under oath

2    in Johns, I take it?

3    A.    Yes.

4    Q.    Okay.  I think we've covered No. 5.

5          No. 6.  Is there anything in No. 6 that's

6    not covered in Opinions 3 and 4?

7    A.    I think it just restates the nature of the

8    defect in the recall because their remedy was to

9    move the -- I believe the -- excuse me -- the fluid

10   port at the topside, reposition it because of the

11   corrosion problem.

12   Q.    Okay.  Then let's go to Opinion 7.  And

13   this is you have basically four bullets there;

14   correct?

15   A.    Yes.

16   Q.    And what you've done is you're just

17   referring to documents that have been produced by

18   the defendants in this case, four documents produced

19   either by Suzuki or by Nissin Kogyo; correct?

20   A.    Correct.

21   Q.    Do you have any information about these

22   documents, other than what's in the document

23   themselves?

24   A.    I do not.

25   Q.    Okay.  Let's go to Exhibit 4, which is

1   your supplemental report dated April 4th of 2018.

2        A.     All right.

3        Q.     And I think, as you previously testified

4   today, the purpose of this report was to put forth

5   two additional documents that were attached to this

6   report.  One is the March 19, 2013, PowerPoint that

7   was Appendix A.  And the other was Appendix B, which

8   is that promotional material of a Brembo front brake

9   master cylinder?

10       A.     Yes, yes.

11       Q.     Okay.

12       A.     Now, in going with the Brembo I think

13  there is also photographs in the file of my

14  disassembly.  I did purchase one.  I did disassemble

15  it, did inspect it and compare it to the Suzuki GSR

16  master cylinder.  So those are also in the file.  I

17  don't think they are mentioned in the report.

18       Q.     Well --

19       A.     But their photographs are in the report.

20       Q.     Yeah.  Let's look at -- my copy said --

21  are they all page 5 of 5?

22       A.     They are.  They sure are.  The formatting

23  thing died on me and I didn't catch it, so.

24       Q.     Okay.  Well, let's look at --

25       A.     Which page 5 you want to look at?

1   you have basically half your brakes available from

2   what they were, and we were able to generate at five

3   miles an hour a stopping, which pulls the back wheel

4   off the ground, and so you lock the front wheel and

5   so you could generate this at low speed very quick,

6   rapid stopping event.

7           However, 25 miles an hour and we didn't

8   get anywhere near full braking out of that same

9   motorcycle under the same conditions because of the

10  inertia of the motorcycle and the inertia of the

11  wheel and everything that the brake has to overcome

12  its speed.

13          So what it told us was if you did a brake

14  check on a bike with 50 percent air or so in the

15  master cylinder, you might not know when you went

16  out for your ride that you actually had a depleted

17  or a spongy brake if you depended on the stop check

18  because you're going to make a very effective quick

19  stop and it feels like you've got good brakes when

20  you actually don't.

21     Q.    What, if any, opinion does this testing

22  support that you're offering in the Schall case?

23     A.    This opinion and the demonstrative

24  evidence, I would call this a demonstrative exhibit,

25  is that Mr. Schall has gas in his master cylinder.

1    The gas resulted perhaps in a reduced braking.  It

2    might explain how you might not understand that you

3    have reduced braking if you did a stop check or a

4    quick check, it would explain that it might not be

5    detectable to a rider unless they had a good

6    understanding of the difference in the feel of the

7    brake lever.

8                    (Defendant's Exhibit 15 marked.)

9    BY MR. RIGGS:

10        Q.    Let me hand you what I have marked as

11   Exhibit 15.  Would you identify that for the record?

12        A.    Yes.  Yes, this is my actual printed page

13   from my Excel spreadsheet.  The Excel spreadsheet is

14   on the thumb drive with the photographs and

15   everything and the videos from the test.

16             I think those were provided to Mr. Tyler

17   in advance, Tyler Thompson, in advance.  And you may

18   have already had a chance to look at them, but,

19   anyway, the videos and everything are on there.

20             This is actually the data collected, and

21   then the subsequent calculation of the deceleration

22   values for the motorcycle during the individual

23   stops.

24        Q.    Okay.  Let's clear that up.  That column

25   that says "average coefficient of friction mu?

1    BY MR. RIGGS:

2        Q.    Now, what is Exhibit 16?

3        A.    These are my actual notes from the set-up

4    of the test and conducting of the test.

5        Q.    And so this was done -- that's your file

6    number, the D number, that's for the Winckler case?

7        A.    It is.

8        Q.    And this was on April 25th of this year?

9        A.    Yes.

10       Q.    And what motorcycle were you using?

11       A.    I was using Mike Malouf's exemplar GSX-R

12   1000.

13       Q.    And who is the rider?

14       A.    Brian Stokes.  He is a professional race

15   rider hired by Mr. Bankston to do this ride.

16       Q.    He's a personal friend of Mr. Bankston's,

17   isn't he?

18       A.    I don't know.  I never met the man, so I

19   have no idea.

20       Q.    And then on this first page you say

21   initial brake lever force, the set-up in the shop

22   was 68 pounds.  But then you set it up again at the

23   test site at 78 pounds?

24       A.    Yes.

25       Q.    First of all, on Exhibit 15 it says

1   are thumbnails.  And there is also another copy of

2   the test data in the back of the file.

3        Q.    And in looking at that can you decide if

4   it was -- the first five runs were at 72 or

5   78 pounds of brake lever force?

6        A.    Oh, I probably am going to have to put

7   them on the computer and zoom in.

8             Let me show you the photograph, where it's

9   going to be.  And it's going to be in image IMG0015

10  should be where the brake lever force is recorded.

11            And it appears -- and I'll have to show it

12  to you -- the display actually shows zero.  But

13  there's a -- right up here in the upper right-hand

14  corner of the screen is the maximum force number

15  recorded, and it's basically a highest -- high up --

16  the highest number read is right there.  So if we

17  put it on the computer and zoom it in, or print the

18  picture bigger, you can see it.

19       Q.    So it's 72 or 78 pounds of brake lever

20  force?

21       A.    Correct.

22       Q.    Okay.  Now, you did the first five runs at

23  that setting?

24       A.    Back to my data.  Yes, we didn't do --

25  change anything on the first five runs, just trying

```
 1   to get maximum performance stops, front brake only.
 2        Q.    And did you retest the brake lever force
 3   during those five runs?
 4        A.    No.  No, we did not.
 5        Q.    And did you collect any other data?
 6        A.    Other than what was video captured, no.
 7        Q.    So would it be fair to say the only data
 8   collection for this demonstration was by video
 9   camera, or still photograph?
10        A.    Correct, and tape measure after the stops.
11   Did you understand, or have you watched the videos,
12   there is a paintball gun in use?
13        Q.    (Nods head affirmatively.)
14        A.    Okay.  So the paintball fires, and we
15   measure from where the bike stops back to the
16   paintball.  That gives us total distance.
17        Q.    And when does it fire?
18        A.    At the moment the break lever moves.
19        Q.    First movement?
20        A.    First movement, not before brakes come
21   off.  What it gives you is it gives you that total
22   brake wind up and then full braking.  So you get all
23   of that in that total stopping number.
24        Q.    And -- okay.  Is there any record of how
25   firmly the rider squeezed the brake lever in any of
```

1    these runs?

2         A.    Only what was captured on the video.  His

3    instructions were to stop it as fast as you can.

4              Now, you can see on number one after his

5    little incident with flipping the bike over on his

6    set-up run, he was a little tentative, he didn't

7    pull it as hard as he could have because he only got

8    a .54 decel.

9              Later on he was getting more aggressive

10   with his stops as he got a better feel for how to

11   make a max performance stop without locking it up.

12        Q.    Well, and in fact if we look at runs one

13   and three, run one is at 20 miles per hour and run

14   three is at 26 miles an hour.  Now 26 miles an hour

15   is like 30 percent faster, would you agree with

16   that?

17        A.    Yeah, roughly.

18        Q.    Okay.  And the stopping distance is

19   exactly the same, 25 feet?

20        A.    Make sure I transcribed that correctly.

21   Yeah.

22        Q.    And we know the brake lever force is

23   exactly the same, 72 or 78 pounds?

24        A.    Right.

25        Q.    And so the only difference is how firmly

```
 1   the rider squeezes the brake lever?

 2        A.    And how rapidly he comes in because it's

 3   going to -- the moment that brake fires, if he eases

 4   on the brakes, then he's going to have a longer run,

 5   if he comes in quick, he's going to have a shorter

 6   run.  But the only variable is how hard he squeezes.

 7        Q.    Okay.  Now, in each and every -- well,

 8   okay, so that's the first five runs.  And then the

 9   run six, seven and eight, what did you do then?

10        A.    There were -- I injected an amount of air

11   similar to the way I did it on the bleed -- ability

12   to bleed test.  Took a syringe, loosened the brake

13   bleeder, and injected a volume of air until I

14   reduced the brake lever force to 32 pounds.

15        Q.    And did you measure the volume of air, or

16   were you simply going until you got to 32 pounds?

17        A.    The second, going to 32 pounds was the

18   target.

19        Q.    And so run six, seven and eight were all

20   done at 32 pounds of brake lever force?

21        A.    Yes.

22        Q.    And, again, I'm not trying to -- I mean,

23   on page Exhibit 16 it says 33 pounds, but you're --

24        A.    And I think the data on the screen -- I

25   think I rounded that off, but the data on the screen
```

1  actually when I go back and looked at the

2  photographs making this chart with the video and the

3  speed and everything, the number was 32.

4      Q.    And then you recorded the speeds and the

5  stopping distances and the calculated deceleration

6  rate; correct?

7      A.    Yes.

8      Q.    Okay.  Now, isn't it true that the rider

9  was able to lock up the front wheel on each of these

10 eight runs?

11     A.    At the end -- now, at the end of the runs

12 when he got down to low speed and the inertia bled

13 off, yes, he could make a stopping.  But that was

14 the interesting part, it wouldn't lock up until he

15 got down low.  The brake didn't have enough

16 capability to overcome the inertia of the motorcycle

17 and the wheel until it got down to very low speed,

18 and then it would suddenly lock.

19     Q.    Well, what speed was he in his first run

20 when he did an endo?  Do you know what speed he was

21 going?

22     A.    Oh, he was probably doing 5, 10 miles an

23 hour.

24     Q.    Well, we don't have that.  Are you

25 testifying?

```
 1        A.    I'm not testifying any facts about that
 2   event other than the --
 3        Q.    We don't know how fast he was going, but
 4   we know that he ended up on -- did he actually end
 5   up on the ground?
 6        A.    He ended up with -- on the ground with the
 7   motorcycle on top of him.
 8        Q.    Was he injured?
 9        A.    He was not injured.  That's why it was --
10   that's why we were entertained.  If he had been
11   hurt, it wouldn't have been as entertaining, but he
12   was just fine and we continued.
13        Q.    Well, in looking at Exhibit 5, that's what
14   I wanted to ask.  And I have highlighted that last
15   phrase there "cannot lock its brake at high speed."
16   What speed are you referring to?
17        A.    In these 24- to 25-mile-per-hour runs with
18   the 32 pounds of force.
19        Q.    Well, now, my understanding is, and
20   correct me if I'm wrong, but he was instructed to
21   not do an endo; in other words, he was trying not to
22   lock it up?
23        A.    On the first runs, yes.  On the second
24   runs he was making a full pull and this was the best
25   he could get.
```

 1      Q.    Where does it say that?

 2      A.    I'm telling you that.  That was my

 3 instruction to him is make a maximum performance

 4 stop.  And it wouldn't lock until -- again, that's

 5 why he got those jerks is because he was holding

 6 down and not letting off, and he gets those jerks at

 7 the end of his run.

 8      Q.    So you're telling me -- now, this is

 9 something new.  So you told him to do it differently

10 for the six, seven and eight than for the first

11 five?

12      A.    Oh, I asked him to make a maximum

13 performance effort.  But I think in his original --

14      Q.    On which one?

15      A.    On all of them I wanted a maximum

16 performance effort.  I think for his runs here --

17 and you'll have to talk to Mr. Stokes if you want

18 more detail because I can't say what he felt.  But

19 he's making these maximum decel efforts without

20 losing control of the motorcycle.

21      Q.    And so at least as we sit here, we don't

22 know how close he got to the grip on any of these

23 runs, do we?

24      A.    Only what's captured in the video.

25      Q.    And you've looked at the video.  And there

```
 1    You get two benefits.  You get the water out, and
 2    you get new corrosion inhibitors.
 3         Q.    Which prevents -- and you also prevent
 4    acidification of the fluid by changing it on a
 5    regular basis, don't you?
 6         A.    Well, it removes the acidified fluid and
 7    replaces it.
 8         Q.    Okay.  Okay.  Now, in your report today
 9    you've talked a bit about corrosion and galvanic
10    coupling.  Other than -- well, have you published
11    any papers on corrosion?
12         A.    No.
13         Q.    And, obviously, you're not a metallurgist;
14    right?
15         A.    No.
16         Q.    And you don't consider yourself to be an
17    expert in materials sciences, a materials engineer,
18    fair?
19         A.    No, I don't practice in that region.  I do
20    have some -- you know, I work in a materials lab, so
21    for the last, you know, almost 23 years I have
22    worked side by side with our materials and
23    metallurgists so I have got a certain amount of OJT
24    in materials science.
25              But in the galvanic corrosion question in
```